# Court of Appeals
# of the State of Georgia

ATLANTA,___April 24, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0317. SOUTHERN STAR AUTOMOTIVE, INC. v. PEDRO MEDINA.**

Southern Star Automotive, Inc., filed this discretionary application from the judgment in favor of Pedro Medina in the amount of $5,000 principal, $10,000 in punitive damages, and $9,000 in OCGA § 13-6-11 attorney fees.  OCGA § 5-6-35 (a) (6) requires that appeals in all actions for damages in which the judgment is $10,000.00 or less must be brought in accordance with the discretionary appeals procedures. But the total judgment of $24,000 in this case makes OCGA § 5-6-35 (a) (6) inapplicable. See *Castleberry's Food Company v. Smith*, 205 Ga. App. 859, 861 (1) (424 SE2d 33) (1992).

This Court will grant an otherwise timely discretionary application pursuant to OCGA § 5-6-35 (j) if the order is subject to direct appeal and the applicant has not timely filed a notice of appeal.  Accordingly, this application is hereby GRANTED. Southern Star shall have ten days from the date of this order to file a notice of appeal with the trial court if it has not already done so.  The trial court is instructed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/24/2014_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*